CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE    ROBERT H. SCOTT, U. S. Magistrate Judge

KIND OF HEARING  INITIAL PRESENTMENT

DEFENDANTS:

PHILIP MADDALENI                         CASE NO.  14MJ273

                                         DATE: January 30, 2014    Clerk: C. Lopez

NAMES AND TITLES OF OTHER PARTICIPANTS:

Niki Tapia-Brito    AUSA            Pro Se Ret-CJA-AFPD

Sandra Avila-Toledo  PTS/PROB       None Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

HONDO

9:56 am        Court
9:58 am        end

(2mins)

HEARING RESULTS/FINDINGS:

X    Defendant sworn

X    Defendant advised of rights.

X    Defendant wants court appointed attorney

X    Government moves to detain.

X    Defendant(s) remanded to custody

     Conditions of Release set at:

X    Other: FIRST APPEARANCE; Detention/preliminary set for 1/31/2014 @ 9:30 am.